1 Michael R. Belter, Esq.
California Bar No. 97417
2 16 North Marengo, Suite 619
Pasadena, CA 91101
3 Telephone: (626) 796-2599
Facsimile: (626) 796-1458
4 michaelbelter@yahoo.com

5 Kenneth Reed, Esq.
404 West 4th Street, Suite C
6 Santa Ana, California 92701
(714) 953-7412
7 kar_crimlaw@sbcglobal.net

8 Attorneys for Defendant
Eduardo Hernandez

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-07-01172-DDP-23 |
| Plaintiff, | DEFENDANT EDUARDO HERNANDEZ'S JOINDER TO DEFENDANT VLADIMIR IRAHETA'S MOTION TO DISMISS THE SECOND SUPERSEDING INDICTMENT |
| v. | |
| EDUARDO HERNANDEZ, | |
| Defendant. | Hearing Date: Feburay 22, 2010 |

TO: THE PLAINTIFF, UNITED STATES OF AMERICA: GEORGE s. CARDONA, ACTING UNITED STATES ATTORNEY, BRIAN R. MICHAEL, KEVIN M. LALLY AND NILI T. MOGHADDAM, ASSISTANT UNITED STATES ATTORNEYS:

**PLEASE TAKE NOTICE** that the defendant, EDUARDO HERNANDEZ, by and through his attorneys, Michael R. Belter, and Kenneth Reed, intends to join, and hereby does join in the motion of defendant Vladimir Iraheta to dismiss the Second Superseding Indictment against him. Said motion was filed on December 23, 2009 and appears in the docket as document 628.

1 | Dated: February 15, 2010
2 | ***Michael R. Belter, Esq.***
3 | _____
   | Michael R. Belter, Esq.
4 | Attorney for Eduardo Hernandez