UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 07-01172 (B) DDP                                           Dated: March 15, 2010

========================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | Maria Bustillos | Kevin Lally |
| Courtroom Deputy | Court Reporter | Nili T. Moghaddam |
| | | Asst. U.S. Attorney |

========================================================================
U.S.A. vs (Dfts listed below)                              Attorneys for Defendants

23)   EDUARDO HERNANDEZ                           23)   Michael R. Belter
      present in custody                                Kenneth Reed
                                                        present appointed

_____

PROCEEDINGS:   MOTION FOR JOINDER AS TO DEFENDANT VLADIMAR IRAHETA'S MOTION TO DISMISS FILED BY DEFENDANT EDUARDO HERNANDEZ (FILED ON 02-16-10)

Court hears oral argument and VACATES the joinder in the proffer motion.

                                                            00  :  19

                                    Initials of Deputy Clerk    JAC

CR-11 (09/98)                 **CRIMINAL MINUTES - GENERAL**                     Page 1 of 1