Michael R. Belter, Esq.
California Bar No. 97417
16 North Marengo, Suite 619
Pasadena, CA 91101
Telephone: (626) 796-2599
Facsimile: (626) 796-1458
michaelbelter@yahoo.com

Kenneth Reed, Esq.
404 West 4th Street, Suite C
Santa Ana, California 92701
(714) 953-7412
kar_crimlaw@sbcglobal.net

Attorneys for Defendant
Eduardo Hernandez

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-07-01172-DDP-23 |
| Plaintiff, | DEFENDANT EDUARDO HERNANDEZ'S JOINDER TO DEFENDANT LEONIDAS IRAHETA'S MOTION FOR PRETRIAL "GANG" DISCOVERY |
| v. | |
| EDUARDO HERNANDEZ, | |
| Defendant. | Hearing Date: April 26, 2010 |

TO: THE PLAINTIFF, UNITED STATES OF AMERICA: GEORGE s. CARDONA, ACTING UNITED STATES ATTORNEY, BRIAN R. MICHAEL, KEVIN M. LALLY AND NILI T. MOGHADDAM, ASSISTANT UNITED STATES ATTORNEYS:

**PLEASE TAKE NOTICE** that the defendant, EDUARDO HERNANDEZ, by and through his attorneys, Michael R. Belter, and Kenneth Reed, intends to join, and hereby does join in the motion of defendant Leonidas Iraheta for pre-trial discovery . Said motion was filed on April 5, 2010 and appears in the docket as document 742.

1 | Dated: April 19, 2010

2 | ***Michael R. Belter, Esq.***

3 | _____
Michael R. Belter, Esq.
4 | Attorney for Eduardo Hernandez